UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

EURO HARDWARE, LLC,

      Plaintiff,

v.

GCV, LLC,

      Defendant
_____/

## DEFENDANT, GCV, LLC'S NOTICE OF CONSENT TO REMOVAL

PLEASE TAKE NOTICE THAT Defendant, GCV, LLC ("GCV") hereby files this notice of consent to removal pursuant to 28 U.S.C. §§ 1441(b) and 1446(a) and in support thereof respectfully shows the Court as follows:

### Procedural Background

1. Plaintiff Euro Hardware, LLC ("Euro Hardware") filed a complaint on July 22, 2015 (the "Complaint") in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (the "Action").

2. GCV received the Complaint on or after July 28, 2015.

3. This notice of consent to removal has been filed within the thirty-day time frame and is therefore timely under 28 U.S.C. § 1446(b). True and correct copies of the Complaint and other documents in the state court's file in the Action are attached hereto as *Exhibit A*.

**This Court Has Removal Jurisdiction**

4. This action is removable pursuant to 28 U.S.C. §1441(a), because it is a civil action which implicates a federal question, namely the U.S. Lanham Act over which this Court has original jurisdiction under 28 U.S.C. §1331. In this regard 28 U.S.C. §1331 states:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

28 U.S.C. §1331 (2015).

5. In the instant case, the Complaint implicates a federal question- the U.S. Lanham Act. In particular, the Complaint alleges, among other things, that GCV is allegedly liable for trademark infringement (See Count I, II, 15 U.S.C. §1114(1), and false designation of origin (See Count IV, V, 15 U.S.C. §1125(a)), relating to two federally registered trademarks known as JINOX ARCHITECTURAL HARDWARE and EURO HARDWARE.

**Compliance with Procedural Requirements**

6. GCV first received the Complaint on or after July 28, 2015.

7. This consent to notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty days after GCV received a copy of the initial pleading.

8. Defendant, GCV has neither served any pleadings nor made any appearance or argument in the State Court Action.

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by GCV to date are attached as *Exhibit A*.

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice is being provided to Plaintiff, and a copy of this Notice is being filed with the clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

11. The undersigned has read this Notice of Removal. To the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, this Notice of Removal is well grounded in fact, as warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to cause unnecessary delay or needless increase in the cost of litigation.

12. The Circuit Court of the Eleventh Judicial Circuit is located within the United States District Court for the Southern District of Florida. Therefore, venue is proper because it is the "district and division embracing the place where such action is pending." 28 U.S.C. §1441(a) and S.D. Fla. L.R. 3.1(F).

13. By removing this action to this Court, GCV does not waive any defenses, objections, or motions available to it under state or federal law.

WHEREFORE, Defendant, GCV, LLC, hereby gives notice and removes this action to the United States District Court for the Southern District of Florida and that no further proceedings be had in the State Court Action (Case No. 15-16669-CA-01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida) and for such other and further relief as this Court deems just and appropriate.

//
//
//

[Signature follows on next page]

Respectfully submitted,

**ESPINOSA | TRUEBA PL**
*Attorneys for Defendant GCV, LLC*
1428 Brickell Avenue, Suite 100
Miami, FL  33131
Telephone:   (305) 854-0900
Facsimile:    (855) 854-0900

By:   /s/Jorge Espinosa
        Jorge Espinosa
        Florida Bar No.  779032

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Jorge Espinosa
     Jorge Espinosa

## SERVICE LIST

*Euro Hardware, LLC v. GCV, LLC*
Case No. _____
United States District Court, Southern District of Florida

| | |
|---|---|
| Jorge Espinosa, Esq. | David P. Milian, Esq., |
| jespinosa@etlaw.com | Florida BarNo. 844421 |
| **ESPINOSA|TRUEBA, PL** | dmilian@careyrodriguez.com |
| 1428 Brickell Avenue, Suite 100 | David M. Levine, Esq. |
| Miami, Florida  33131 | Florida Bar No. 84431 |
| Tel:    (305) 854-0900 | dlevine@careyrodriguez.com |
| Fax:    (855) 854-0900 | Ernesto M. Rubi, Esq. |
| *Attorneys for Defendant* | Florida Bar No. 92014 |
| **Via CM/ECF** | erubi@careyrodriguez.com |
| | 1395 Brickell Avenue, Suite 700 |
| | Miami, FL 33131 |
| | *Counsel for Plaintiff* |
| | **Via CM/ECF** |